AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

**FILED**
September 29, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____aq_____
DEPUTY

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>)<br>)<br>Diana Perla LOMA-Morales )<br>*Defendant(s)* | Case No. **EP:25-MJ-5373-LE** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 26, 2025** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | when applying for admission into the United States, did knowingly personate another and attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Celeste Guillen Gurrola
CBP Enforcement Officer

Complaint sworn to telephonically on September 29, 2025 at 01:02 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Sworn to before me and signed in my presence.

Date: September 29, 2025

_____
*Judge's signature*
Laura Enriquez
United States Magistrate Judge

City and state: El Paso, Texas

## FACTS

On or about September 26, 2025, the DEFENDANT, Diana Perla LOMA-Morales, a native and citizen of Mexico, applied for admission into the United States via pedestrian primary at the Area Port of Ysleta in El Paso, Texas, located in the Western District of Texas. The DEFENDANT presented a Texas Department of Public Safety Temporary Identification Card and United States Birth Certificate bearing the name, date of birth and photograph of an individual with the initials C.M.B. to the primary Customs and Border Protection Officer (CBPO).

CBPO asked the DEFENDANT where she was heading when the DEFENDANT stated she was going to work at McDonalds. CBPO asked the DEFENDANT where her uniform was when the DEFENDANT stated it was at home in El Paso. CBPO asked the DEFENDANT where she lived when she responded Texas. CBPO asked the DEFENDANT to provide her address in El Paso, Texas but she was unable to provide it. CBPO asked the DEFENDANT where she was born when she stated El Paso. CBPO asked the DEFENDANT to write out her full name on a piece of paper when the DEFENDANT incorrectly spelled her name. CBPO asked the DEFENDANT if she had ever had a United States Passport when she responded no. CBPO asked the DEFENDANT if the documents she presented were hers when she responded yes. CBPO suspected the DEFENDANT to be a false claim to United States citizenship and referred the DEFENDANT to Passport Control Secondary (PCS) for further processing.

In PCS, the DEFENDANT provided her true name, date of birth and admitted being a citizen of Mexico not in possession of entry documents. The DEFENDANT was served with Form I-214, Warning to Rights in Spanish, which she read, understood, signed, and waived her rights to an attorney. The DEFENDANT admitted her uncle paid a monetary deposit to an unknown person to help her cross into the United States. The DEFENDANT stated she obtained the documents from two individuals she met in Juarez, Chihuahua, Mexico. The DEFENDANT stated she intended to live in Texas with her parents. Database records revealed the DEFENDANT is not in possession of any legal documents in which to enter, reside, or seek employment in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

CRIMINAL RECORD

None.

IMMIGRATION RECORD

None.